Elizabeth Chabot
vs. } No. 82241.
Joaquin M. Andre

July 31, 1931.

For plaintiff: Comstock & Canning.

For defendant: Peter W. McKiernan.

Robert Chabot
vs. } No. 82242.
Joaquin M. Andre

July 31, 1931.

CARPENTER, J. This is a case brought by the husband of the plaintiff in case No. 82241 and was brought to

recover for doctors' services and other expenses which the plaintiff expended because of the injuries sustained by his wife, as set out in action No. 82241.

The doctors' bills in this case amount to approximately $440 and there were some other expenses for nursing and so forth.

The jury returned a verdict for the plaintiff in the sum of $650, which this Court is satisfied does substantial justice between the parties.

Motion for a new trial denied.